**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated, | Case No. 1:24-cv-00016-MAC |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| PREMIER HEALTH SOLUTIONS, LLC | |
| Defendant. | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this February 22, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (E.D. Tex. # 333687PA)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*