**UNITED STATES DISTRICT COURT \* \* \* \* \* \* \* EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

STEPHANIE BROWN, *individually and on behalf of all others similarly situated* §§§

*versus* § CIVIL ACTION NO. 1:24-CV-16

PREMIER HEALTH SOLUTIONS, LLC §§§

**SCHEDULING ORDER**

The following schedule shall be followed.[1] All communications concerning the case shall be directed in writing to Julia Colyer, Court Administrator for Judge Crone, 300 Willow St., Suite 239, Beaumont, TX 77701. For urgent matters, Ms. Colyer may be contacted at (409) 654-2880.

In the event a class action is later certified, the parties agree a new Scheduling Order with increased discovery limits should be entered.

1. July 10, 2024 — NEW PARTIES shall be joined by this date.

2. July 10, 2024 — The pleadings shall be AMENDED by this date.

3. September 25, 2024 — PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date. (**This date must be after the deadline to amend pleadings.**)

4. October 28, 2024 — DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date. (**This date must be after the deadline to amend pleadings.**)

5. December 1, 2024 — DISCOVERY shall be completed by this date. (**This date must be after the deadlines to designate expert witnesses.**)

6. December 20, 2024 — MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion. (**This date must be at least 2 weeks after the discovery completion date.**)

7. March 6, 2025 — The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date. (**This date must be at least 12 weeks after the motion cut-off.**)

8. March 14, 2025 — OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date. (**This date must be no more than 1 week after the Joint Pretrial Order is due.**)

9. March 21, 2025 — RESPONSES TO OBJECTIONS shall be filed by this date. A failure to file a response to an objection shall create a presumption in favor of the court's sustaining the objection. (**This date must be no more than 1 week after the objections are due.**)

---

[1] General Proviso: This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, local rule, or case law.

10. <u>April 4, 2025</u>  FINAL STATUS CONFERENCE at 10:00 a.m.  (**Select a date from the attached list, which must be at least 2 weeks after the responses to objections are due.**)  The case will be set for Final Pretrial Conference and Trial at the Final Status Conference.  The parties should be prepared to try the case by this date.

11. 7-10 Days  Estimated time to try before a <u>jury</u>/the court.  (**Underline one.**)

If a class is not certified, the estimated trial time is 2-3 days.