

## PACER Maintenance, 02/11/2024

Our systems will undergo maintenance on Sunday, February 11, 2024, from 5:00 a.m. to 4:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know. 

Log in to PACER Systems ➡



Case Search Results

**Search Criteria:** Case Search; Case Type: [cv]; Case Title (Matches): [Brown]; Date Filed From (On or After): [02/07/2020]; Date Filed To (On or Before): [02/07/2024]; Jurisdiction Type: [Civil]; Nature of Suit: [485]
**Result Count:** 29 (1 page)
**Current Page:** 1

| Case Title | Case Number | Court |
|---|---|---|
| Brown v. Columbia Collection Service, Inc. | 1:2020cv05575 | Illinois Northern District Court |
| Brownlee v. Allstate Insurance Company | 1:2021cv01428 | Illinois Northern District Court |
| Brown v. Receivables Performance Management LLC | 2:2021cv00513 | Wisconsin Eastern District Court |
| Brown v. Universal Auto Group III Inc | 2:2021cv00700 | Washington Western District Court |
| Brown v. Tacoma Subaru Inc | 2:2021cv00701 | Washington Western District Court |
| Brown v. Bank Of America, N.A. | 0:2021cv61186 | Florida Southern District Court |
| Brown v. The Prophet Manasseh Jordan Ministries | 1:2021cv05624 | New York Southern District Court |
| Brown v. Flexibility Capital, Inc. | 1:2021cv06009 | New York Southern District Court |
| Brown v. EGV Companies, Inc. | 8:2022cv01382 | Florida Middle District Court |

Exhibit B

| Case | Number | Court |
|---|---|---|
| Brown v. Safe Streets USA LLC | 8:2022cv01479 | Florida Middle District Court |
| Brown v. Core Home Security, LLC | 9:2022cv81224 | Florida Southern District Court |
| Brown v. Cause of Capital, LLC | 7:2022cv08001 | New York Southern District Court |
| Brown v. Care Front Funding | 8:2022cv02408 | Florida Middle District Court |
| Brown v. Equity Direct Financial, LLC | 8:2022cv02714 | Florida Middle District Court |
| Brownlow v. Castle Credit Co Holdings LLC et al | 1:2022cv06982 | Illinois Northern District Court |
| Brown v. Safe Streets USA LLC et al | 5:2023cv00009 | North Carolina Eastern District Court |
| Brown v. Cast Capital Lending Corp | 8:2023cv00460 | Florida Middle District Court |
| Brown v. Safeguard Security & Surveillance, Inc. | 3:2023cv00382 | Connecticut District Court |
| Brown v. BLW Capital, LLC | 8:2023cv00728 | Florida Middle District Court |
| Brown v. Byrider Finance, LLC | 1:2023cv02117 | Illinois Northern District Court |
| Brown v. Palmco Energy IL LLC | 1:2023cv03390 | New York Eastern District Court |
| Brown v. Safe Streets USA LLC et al | 2:2023cv00319 | Utah District Court |
| Brown v. ConsumrBuzz, LLC | 9:2023cv80832 | Florida Southern District Court |
| Brown v. LifeMD, Inc. | 1:2023cv04691 | New York Southern District Court |
| Brown v. Office Depot, Inc. | 4:2023cv00287 | Oklahoma Northern District Court |
| Brown v. Sunbility LLC | 8:2023cv01660 | Florida Middle District Court |
| Brown v. Medsole RCM LLC | 2:2023cv02041 | Arizona District Court |
| Brown v. Premier Health Solutions LLC | 1:2024cv00016 | Texas Eastern District Court |
| Brown v. Nano Hearing Tech Opco, LLC | 3:2024cv00221 | California Southern District Court |

**PACER Service Center**  02/07/2024 12:31:37
**User**           aa1920aa
**Client Code**    6495.32
**Description**    Civil Case Search

| | | |
|---|---|---|
| **Billable Pages** | All Courts; Case Title Brown; Case Type cv; Date Filed 02/07/2020 to 02/07/2024; Jurisdiction CV; Nature Of Suit 485; Page: 1<br><br>1 ($0.10) | |

PACER FAQ                    Privacy & Security                    Contact Us



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov