IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated, § § § § § | | |
| Plaintiff, § | | |
| vs. § | Civil Action No. 1:24-cv-16-MAC | |
| § § | | |
| PREMIER HEALTH SOLUTIONS, LLC, § § § | | |
| Defendant. § | | |

**ORDER ON
<u>PREMIER HEALTH SOLUTIONS, L.L.C'S MOTION FOR PROTECTIVE ORDER</u>**

ON THIS DATE came on for consideration Defendant Premier Health Solutions, LLC's Motion for Protective Order. After consideration of the motion, any responses and replies and the pleadings on file, the Motion is GRANTED. Defendant Premier Health Solutions, LLC is relieved of its objection to answer Plaintiff's First Set of Discovery to Defendant.