IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 1:24-cv-16-MAC |
| PREMIER HEALTH SOLUTIONS, LLC, | § § § | |
| Defendant. | § | |

## ENTRY OF APPEARANCE

You are hereby notified that Julie B. Tebbets of Ayers & Ayers Law Firm, enters her appearance on behalf of Defendant Arthur J. Gallagher & Company, in the above-referenced case, and hereby certifies that she is a member in good standing of the bar with this Court.

Please note this Entry of Appearance is for the purpose of all future mailings or other contact in this case.

DATED this 29th day of April, 2024.

Respectfully submitted,

Julie B. Tebbets
State Bar No. 00793419
jtebbets@ayersfirm.com
AYERS & AYERS
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009 Telephone
(817) 318-0663 Facsimile
**ATTORNEYS FOR DEFENDANT**
**PREMIER HEALTH SOLUTIONS, L.L.C.**

## **CERTIFICATE OF SERVICE**

  A true and correct copy of the foregoing document was filed electronically with the United States District Court for the Eastern District of Texas – Beaumont Division, with notice automatically routed to Plaintiff via the Court's CM/ECF system on this the 29th day of April, 2024.

_____
Julie B. Tebbets