| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STEPHANIE BROWN, *individually and on behalf of all others similarly situated*, §§§§§

Plaintiff, §§

*versus* § CIVIL ACTION NO. 1:24-CV-16
§
PREMIER HEALTH SOLUTIONS, LLC, §§§

Defendant. §

## ORDER OF TRANSFER

Before the court is a civil action in which Plaintiff Stephanie Brown ("Brown"), individually and on behalf of all others similarly situated, has sued Defendant Premier Health Solutions, LLC ("Premier"). Brown contends that Premier violated both the Telephone Consumer Protection Act and the Florida Telephone Solicitation Act by making multiple telemarketing calls to her after she had placed her phone number on the National Do Not Call Registry and had not otherwise consented to such contact. The facts of this case, however, reveal no nexus to the Beaumont Division of the Eastern District of Texas. Brown is a citizen of Florida, and she stated in her complaint that at least one of the offending phone calls that she received was from an individual working in Frisco, Texas, which is partially located in Collin County, Texas. Indeed, at the scheduling conference on April 30, 2024, counsel for Premier noted that Premier is located in Collin County, Texas, within the Sherman Division, and both counsel for Brown and Premier consented to an intradistrict transfer to the Sherman Division. The court is thus of the opinion that an intradistrict transfer to the Sherman Division is appropriate.

Accordingly, this case is TRANSFERRED to the Sherman Division of the Eastern District of Texas and the Clerk of Court is ORDERED to assign a new case number denoting the Sherman Division.

SIGNED at Beaumont, Texas, this 1st day of May, 2024.

                                              MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE