IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>PREMIER HEALTH SOLUTIONS, LLC,<br><br>                      Defendant. | Case No. 1:24-cv-00016-MAC<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO DISMISS

Plaintiff, STEPHANIE BROWN ("Brown"), and Defendant, PREMIER HEALTH SOLUTIONS, LLC ("Premier"), through their respective undersigned counsel, hereby notify the Court that they have reached an agreement to dismiss this matter with prejudice to its refiling. Brown and Premier respectfully request that the Court adjourn the Rule 16 conference and all applicable case deadlines, pending the parties' filing of a stipulation of dismissal with prejudice which is anticipated to be filed in less than sixty days.

Respectfully submitted,

*/s/ Andrew R. Perrong*
Andrew R. Perrong, Esquire
Perrong Law, LLC
2657 Mount Carmel Ave
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorneys for Plaintiff*
*Stephanie Brown*

Respectfully submitted,

*/s/ Deanne C. Ayers*
Deanne C. Ayers
State Bar No. 01465820
dayers@ayersfirm.com
AYERS & AYERS
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009 Telephone
(817) 318-0663 Facsimile
**ATTORNEYS FOR DEFENDANT**
**PREMIER HEALTH SOLUTIONS, L.L.C.**

Dated: January 13, 2025